

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION



AMERICAN SECURITY BANK OF VILLE PLATTE INC

VERSUS

BANCINSURE INC ET AL

CIVIL ACTION NO. 6:99CV0999
JUDGE DOHERTY
MAG. JUDGE METHVIN

### REMOVAL ORDER

Considering the removal of this action, formerly Case No. 60,806-B, 13th Judicial District Court, Parish of Evangeline, under 28 USC 1447(b) and the obligation of this Court to proceed with the litigation, it is necessary that the Court have a complete record of all proceedings in the State Court as well as an oppportunity to consider those matters not previously ruled upon by the State Court, and accordingly,

IT IS ORDERED that:

(1) Within thirty (30) days the party who removed this action shall file or provide for the filing with the Clerk of Court:

(a) a list of all attorneys involved in the case and the parties they represent,

(b) copies of all records and proceedings occurring in the State Court prior to removal, arranged by order of filing date,

(c) a list of all documents included in the State Court record, **arranged by order of filing date**,

(d) a certificate by counsel that the above constitutes the entire State Court record.

**NOTE: If (a), (b), (c) and (d) above have already been filed, duplicate copies are unnecessary.)**

(2) If motions or exceptions were pending in State Court at the time of removal, such motions or exceptions must be refiled in proper form and in accordance with LR 7. Counsel may adopt by reference a brief or memorandum previously filed in State Court. Failure to refile these motions or exceptions will constitute their abandonment as if they were never filed.



(3) If funds are being held by the State Court for benefit of the litigants, counsel for the removing defendant is directed to make arrangements to have such funds paid into the registry of this Court. Please note that this only applies to what is commonly known as "registry funds." Funds on deposit with the State Court to cover accrued costs **should not be transferred** to Federal Court.

IT IS FURTHER ORDERED that any attorney appearing as counsel of record in this action who is not presently admitted to practice before the United States District Court for the Western District of Louisiana exercise one of the following options within twenty (20) days:

(1) File an Application to Practice in this Court;

(2) File a Motion for Admission Pro Hac Vice; or

(3) Secure a substitute admitted to practice in this court for the party presently being represented.

THUS DONE AND SIGNED at Shreveport, Louisiana on June 7, 1999.

_____
ROBERT H. SHEMWELL
United States Magistrate Judge

COPY SENT:
DATE: 06/08/99
BY: sjd
TO: Gray; Krebs; Pate

 

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

### NOTICE TO PARTIES/COUNSEL

In accordance with FRCP 10 and LR 10.1W, all pleadings must include the name of the Judge and the Magistrate Judge (when one is assigned). A request for a jury demand must be indicated in the caption and included in the pleading. See LR 38.1. Indication of a jury demand on the civil cover sheet is not a valid request for a jury trial.

Under LR 83.2.5 pleadings will only be filed when signed by an attorney admitted to practice before this Court or a pro se litigant. Each attorney shall place his attorney identification number under his signature on any pleading. The attorney identification number is the same as the number assigned by the Louisiana Supreme Court or for visiting attorneys appearing pro hac vice, the number assigned by this office. When more than one attorney appears for a single party, one attorney shall be designated TA or "trial attorney".

It is the policy of this office to send only one copy of orders, judgments, or notices setting hearings and trials per law firm unless specifically requested otherwise.

Your attention is directed to LR 41.3W which governs dismissal of actions for failure to prosecute. If deadlines cannot be met, extensions may be sought under FRCP 6(b). Voluntary extensions of time between counsel are not recognized by the Court. Any extensions must be granted or approved by the Court.

ROBERT H. SHEMWELL
Clerk of Court

LAW101 (Rev. 7/97)