RECEIVED
IN LAFAYETTE, LA

JUN 17 1999

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LA

**FILED**

USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK

DATE 6/22/99

BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| AMERICAN SECURITY BANK OF VILLE PLATTE, INC. | * | CIVIL ACTION NO. 99-999 |
| | * | |
| VERSUS | | |
| | * | JUDGE DOHERTY |
| BANCINSURE, INC., PHILLIP A. LEMOINE & ASSOCIATES INSURANCE SERVICES, INC. and XYZ INSURANCE | * | |
| | * | MAGISTRATE JUDGE METHVIN |

---

## ORDER

Consider the foregoing Motion for Expedited Consideration by American Security Bank of Ville Platte, Inc.,

IT IS ORDERED, ADJUDGED AND DECREED that this Motion is hereby granted and the Motion to Remand is set for hearing on the ___13th___ day of ___July___, 1999.

Lafayette, Louisiana, this ___18___ day of June, 1999.

_____
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 6-22-99
BY ____
TO Hroy
Krebs
Pate

19

43826:RODRICA

RECEIVED UNITED STATES DISTRICT COURT
IN LAFAY... LA

JUN 1 7 1999 WESTERN DISTRICT OF LOUISIANA

ROBERT H. SHEMWELL, CLERK LAFAYETTE-OPELOUSAS DIVISION
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN SECURITY BANK OF VILLE PLATTE, INC. | * | CIVIL ACTION NO. 99-999 |
| | * | |
| VERSUS | | |
| BANCINSURE, INC., PHILLIP A. LEMOINE & ASSOCIATES | * | JUDGE DOHERTY |
| INSURANCE SERVICES, INC. and | * | |
| XYZ INSURANCE | | |
| | * | MAGISTRATE JUDGE METHVIN |

---

## ORDER

Considering the foregoing Motion to Remand by American Security Bank of Ville Platte, Inc.,

IT IS ORDERED, ADJUDGED AND DECREED that the Motion is granted and this matter is hereby remanded to the Thirteenth Judicial District Court for the Parish of Evangeline, State of Louisiana.

Lafayette, Louisiana, this _____ day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE

*Jill*
*(Unsigned)*

43673:RODRICA